# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1273**
**CA 11-02247**
PRESENT: SMITH, J.P., CARNI, LINDLEY, SCONIERS, AND WHALEN, JJ.

---

IN THE MATTER OF RUBEN VELEZ,
PETITIONER-APPELLANT,

V                                           MEMORANDUM AND ORDER

ANDREA W. EVANS, CHAIRWOMAN, NEW YORK
STATE DIVISION OF PAROLE,
RESPONDENT-RESPONDENT.

---

WYOMING COUNTY-ATTICA LEGAL AID BUREAU, WARSAW (ADAM W. KOCH OF
COUNSEL), FOR PETITIONER-APPELLANT.

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (FRANK K. WALSH OF
COUNSEL), FOR RESPONDENT-RESPONDENT.

---

Appeal from a judgment of the Supreme Court, Wyoming County (Mark
H. Dadd, A.J.), entered June 17, 2011 in a proceeding pursuant to CPLR
article 78.  The judgment denied the petition.

It is hereby ORDERED that said appeal is unanimously dismissed
without costs.

Memorandum:  Inasmuch as petitioner has been released to parole
supervision, his appeal from the judgment denying his CPLR article 78
petition seeking release to parole has been rendered moot (*see People
ex rel. Baron v New York State Dept. of Corrections*, 94 AD3d 1410,
1410, *lv denied* 19 NY3d 807; *People ex rel. Graham v Fischer*, 70 AD3d
1381, 1381-1382; *People ex rel. Mitchell v Unger*, 63 AD3d 1591, 1591),
and the exception to the mootness doctrine does not apply herein (*see
Baron*, 94 AD3d at 1410; *Graham*, 70 AD3d at 1381-1382; *see generally
Matter of Hearst Corp. v Clyne*, 50 NY2d 707, 714-715).

Entered:   December 21, 2012                    Frances E. Cafarell
                                                Clerk of the Court